**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866x)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Christian.Bojorquez@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAURAN TOMASI,

Plaintiff.

vs.

CITY OF LOS ANGELES, a municipal entity, and JOHN DOE, officer of the Los Angeles Police Department, in his individual capacity,

Defendants.

**CASE NO. 2:26-cv-6184 CAS DMKx**
*Judge Christina A. Snyder, Ctrm 8D*
*Mag. Judge Diana M. Kwok, Ctrm. 880*

**DEFEFNDANT CITY OF LOS ANGELES'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

COMES NOW Defendant CITY OF LOS ANGELES answering the Plaintiff's Complaint for itself and for no other party, admits, denies and alleges as follows:

## INTRODUCTION

1. Answering Paragraph 1, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

2. Answering Paragraph 2, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

3. Answering Paragraph 3, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4. Answering Paragraph 4, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

5. Answering Paragraph 5, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

6. Answering Paragraph 6, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

7. Answering Paragraph 7, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

8. Answering Paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9. Answering Paragraph 9, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10. Answering Paragraph 10, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering Paragraph 11, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

12. Answering Paragraph 12, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13. Answering Paragraph 13, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## JURISDICTION AND VENUE

14. Answering Paragraph 14, defendant denies the allegations contained therein, except for the following allegations which are admitted: based on the information available to Defendant at this time, it appears that the Court has subject matter jurisdiction over Plaintiff's claims.

15. Answering Paragraph 15, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16. Answering Paragraph 16, Defendant denies the allegations contained therein, except for the following allegations which are admitted: based on the information available to Defendant at this time, venue appears to be proper in the Central District of California

## PARTIES

17. Answering Paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18. Answering Paragraph 18, Defendant denies the allegations contained therein, except for the following allegations which are admitted: the City of Los Angeles is a municipal corporation and is subject to federal law and California laws.

19. Answering Paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FACTUAL ALLEGATIONS

**A. Ms. Thomasi's rights were violated by DOE and the City on June 8, 2025, causing her injury and emotional distress.**

20. Answering Paragraph 20, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21. Answering Paragraph 21, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering Paragraph 22, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering Paragraph 23, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering Paragraph 24, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering Paragraph 25, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

26. Answering Paragraph 26, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering Paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

28. Answering Paragraph 28, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29. Answering Paragraph 29, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

30. Answering Paragraph 30, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering Paragraph 31, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering Paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering Paragraph 33, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering Paragraph 34, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35. Answering Paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering Paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

37. Answering Paragraph 37, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38. Answering Paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering Paragraph 39, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering Paragraph 40, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41. Answering Paragraph 41, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42. Answering Paragraph 42, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43. Answering Paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44. Answering Paragraph 44, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

45. Answering Paragraph 45, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

**B. Ms. Tomasi's shooting exemplified LAPD's policy and practice of violating the rights of reporters covering protests.**

46. Answering Paragraph 46, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47. Answering Paragraph 47, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48. Answering Paragraph 48, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49. Answering Paragraph 49, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50. Answering Paragraph 50, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

51. Answering Paragraph 51, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52. Answering Paragraph 52, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

53. Answering Paragraph 53, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

. . .

54. Answering Paragraph 54, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering Paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering Paragraph 56, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57. Answering Paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## CLAIMS FOR RELIEF

### COUNT I

### 42 U.S.C. § 1983 – Violation of the First Amendment

### (Interference with Newsgathering)

*Against JOHN DOE in his individual capacity*

58. Answering Paragraph 58, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

59. Answering Paragraph 59, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

60. Answering Paragraph 60, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

. . .

61. Answering Paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering Paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63. Answering Paragraph 63, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64. Answering Paragraph 64, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**COUNT II**

**42 U.S.C. § 1983 – Violation of the First Amendment**

**(Retaliation)**

*Against JOHN DOE in his individual capacity*

65. Answering Paragraph 65, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

66. Answering Paragraph 66, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

67. Answering Paragraph 67, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68. Answering Paragraph 68, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69. Answering Paragraph 69, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70. Answering Paragraph 70, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71. Answering Paragraph 71, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72. Answering Paragraph 72, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**COUNT III**

**42 U.S.C. § 1983 – Violation of the Fourth Amendment**

**(Excessive Force)**

*Against JOHN DOE in his individual capacity*

73. Answering Paragraph 73, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

74. Answering Paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering Paragraph 75, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76. Answering Paragraph 76, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

77. Answering Paragraph 77, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

78. Answering Paragraph 78, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**COUNT IV**

**42 U.S.C. § 1983 – Violation of the Fourteenth Amendment**

**(Due Process)**

*Against JOHN DOE in his individual capacity*

79. Answering Paragraph 79, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

80. Answering Paragraph 80, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering Paragraph 81, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering Paragraph 82, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83. Answering Paragraph 83, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

. . .

. . .

**COUNT V**

**42 U.S.C. § 1983 – Violation of the First Amendment**

*Against City of Los Angeles*

84. Answering Paragraph 84, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

85. Answering Paragraph 85, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86. Answering Paragraph 86, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87. Answering Paragraph 87, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**COUNT VI**

**42 U.S.C. § 1983 – Violation of the Fourth Amendment (*Monell*)**

*Against City of Los Angeles*

88. Answering Paragraph 88, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

89. Answering Paragraph 89, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

90. Answering Paragraph 90, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

91. Answering Paragraph 91, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**COUNT VII**

**Cal. Civ. Code § 52.1 – Violation of the Bane Civil Rights Act**

*Against City of Los Angeles and JOHN DOE in his individual capacity*

92. Answering Paragraph 92, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

93. Answering Paragraph 93, subparagraphs a-c, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

94. Answering Paragraph 94, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

95. Answering Paragraph 95, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**COUNT VIII**

**Battery by a Peace Officer**

*Against City of Los Angeles and JOHN DOE in his individual capacity*

96. Answering Paragraph 96, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

97. Answering Paragraph 97, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

98. Answering Paragraph 98, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

99. Answering Paragraph 99, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

100. Answering Paragraph 100, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

101. Answering Paragraph 101, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

102. Answering Paragraph 102, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**COUNT IX**

**Negligence**

*Against City of Los Angeles and JOHN DOE in his individual capacity*

103. Answering Paragraph 103, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

104. Answering Paragraph 104, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

105. Answering Paragraph 105, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

106. Answering Paragraph 106, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

107. Answering Paragraph 107, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

108. Answering Paragraph 108, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### FOURTH AFFIRMATIVE DEFENSE

The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for self-defense.

. . .

. . .

**FIFTH AFFIRMATIVE DEFENSE**

The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for the defense of others.

**SIXTH AFFIRMATIVE DEFENSE**

The claims are barred by the statute of limitations, including, but not limited to, the following statutes: C.C.P. sections 335.1 and 340(c); Gov. Code sections 911.2, 911.4, and 945.6.

**SEVENTH AFFIRMATIVE DEFENSE**

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 818, 820.2, 820.4, 82.6, 820.8

**DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

**PRAYER**

**WHEREFORE**, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit; and

. . .

. . .

. . .

. . .

4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. § 1988.

DATED: July 9, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney

By: /s/ Christian R. Bojorquez
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant,* CITY OF LOS ANGELES