UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06184-HDV-E | Date | October 9, 2026 |
| Title | *Lauren Tomasi v. City of Los Angeles et al* | | |

Present: The Honorable Hernán D. Vera, United States District Judge

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR AT HEARING**

The Court set a hearing for October 8, 2026, on Plaintiff's Motion to Extend Time to Serve Summons and Complaint and Motion for Expedited Discovery ("Motions"). [Dkts. 31, 34]. At the hearing, Plaintiff's counsel appeared but Defendant's counsel failed to appear. Accordingly, the Court orders Defendant's counsel to show cause in writing, by no later than October 12, 2026, explaining why no appearance was made. Failure to timely or adequately respond to this Order may result in sanctions.

Further, the Court orders the parties to appear on Tuesday, October 13, 2026, at 10:00 a.m. to discuss Plaintiff's pending Motions and the Court's instant Order. Plaintiff's counsel is authorized to appear by Zoom at the hearing, but Defense counsel must appear in person.

**IT IS SO ORDERED.**