**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866x)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**REBECCA E. HUNTER**, Deputy City Attorney (SBN 271420)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Rebecca.Hunter@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAURAN TOMASI,

Plaintiff.

vs.

CITY OF LOS ANGELES, a municipal entity, and JOHN DOE, officer of the Los Angeles Police Department, in his individual capacity,

Defendants.

**CASE NO. 2:26-cv-6184 HDV E**
*Judge Hernan D. Vera, Ctrm 5B*
*Mag. Judge Charles F. Eick; Ctrm. 750*

**RESPONSE TO OCTOBER 9, 2026 ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT HEARING [Dkt 36]**

**TO THE HONORABLE COURT AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

Defendant CITY OF LOS ANGELES, hereby submit the following response to the Court's Order to Show Cause re Failure to Appear at October 8, 2026 hearing.

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF REBECCA E. HUNTER**

I, Rebecca Hunter, declare as follows:

1. I am an attorney duly licensed to practice law before the courts of this State and admitted before this Court. I am counsel of record for Defendants CITY OF LOS ANGELES, (herein after "Defendant") in this matter before the Court. I make this declaration upon my own personal knowledge, except on those matters stated upon information and belief.

2. For the last two to two and a half months I have been without secretarial support. It appears that due to this unfortunate circumstance no one in my office was able to appropriately calendar both the responsive pleading to Plaintiff's filing and the hearing date for the Plaintiff's motion. No one in my office was even able to download from ECF/Pacer any of the recent filings in this case. Due to this situation, the matter did not make it onto my calendar. That is why I did not appear at the hearing on October 8, 2026 or file any responsive pleading pertaining to yesterday's hearing.

3. This is not an excuse but an explanation for my lack of responsiveness to Plaintiff's filing and failure to appear at the October 8, 2026 hearing.

4. I sincerely apologize to this Court and Plaintiff's counsel for this oversight and failure to respond and appear. This oversight was not intentional and unfortunately unprofessional on my behalf. It is not my typical practice to operate in this manner and I will strive to avoid this situation from occurring again. I would respectfully request a discharge of the Court's Order to Show Cause set for hearing on October 13, 2026.

5. Additionally, I will be on leave of absence due to medical reasons that affect my ability to be physically present in Court until November 2, 2026 at the earliest. I would respectfully request the Court's accommodation to have a colleague that will have filed a Notice of Appearance (G-123) to appear at the hearing in this matter on October 13, 2026. Again, I apologize for any inconvenience but this circumstance just occurred and affects my health.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed this 9th day of October, 2026, at Los Angeles, California.

*Rebecca E. Hunter*

Rebecca E. Hunter, Declarant